UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.                                            NOTICE OF MOTION

CORBIN DOUGLAS, SR.,                 Indictment No. 07-CR-068(TJM)

       **Defendant.**

---

| | |
|---|---|
| Motion by: | Defendant, Corbin Douglas, Sr. |
| Date, Time and Place: | October 10, 2007<br>U. S. District Court<br>Binghamton, New York |
| Supporting Papers: | Attorney Affirmation |
| Nature of Action: | 1) Motion pursuant to Rule 29 and Rule 33. Request for additional time to file supporting documentation. |
| Relief Demanded: | Order granting Rule 29 and Rule 33 motions. Additional time to file supporting documentation. |
| Dated: August 20, 2007 | ALEXANDER BUNIN<br>Federal Public Defender |
| By: | /s/ *Paul J. Evangelista*<br>Paul J. Evangelista, Esq.<br>Assistant Public Defender<br>Bar No.: 507507<br>39 North Pearl St., 5th Floor<br>Albany, NY 12207<br>paul.evangelista@fd.org |

TO:    United States District Court
Office of the Clerk
James T. Foley U. S. Courthouse
445 Broadway
Albany, NY 12207

Honorable Thomas J. McAvoy
United States District Court Judge
U.S. District Court
Binghamton, New York

United States Attorney's Office
Miroslav Lovric, Esq., AUSA
U. S. Courthouse
15 Henry Street
Binghamton, NY 13901

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

**Docket No. 07-CR-068 (TJM)**

## CERTIFICATE OF SERVICE

_____I, Paul Evangelista, Esq., attorney of record for the above-named defendant, hereby certify that on August 20, 2007, I electronically filed the foregoing Notice of Motion seeking relief under Rule 29 and Rule 33 and Attorney Affirmation, with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to Miroslav Lovric, Esq., Assistant U.S. Attorney.

DATED:     August 20, 2007            ALEXANDER BUNIN
                                      Federal Public Defender


                             By:   /s/ *Paul Evangelista*
                                   Paul Evangelista, Esq.
                                   Assistant Federal Public Defender
                                   Bar No.: 507507
                                   39 North Pearl St., 5th Floor
                                   Albany, NY 12207
                                   Telephone: (518) 436-1850
                                   Fax: (518) 436-1780